# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LYONS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 14-00605-DMG (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the filings by the parties, the records on file, and both the original and final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the original Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered: (1) affirming the Commissioner's decision; and (2) dismissing this action with prejudice.

DATED: January 11, 2016

                                                DOLLY M. GEE<br>
                                      UNITED STATES DISTRICT JUDGE